# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**ABRAHAM CALLEROS,**

       Petitioner,

     V.                           CASE NUMBER: **02-C-923**

**JEFFERY P. ENDICOTT**,

       Respondent.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Abraham Calleros' petition pursuant to Title 28, United States Code, Section 2254, is Denied for Petitioner's failure to exhaust his state court remedies. This action is hereby DISMISSED.**

   **August 31, 2005**                             **SOFRON B. NEDILSKY**
Date                                                      Clerk

                                                            s/ Linda M. Zik
                                                            (By) Deputy Clerk